USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS VACATION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS ANNUITY FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS CHARITY FUND, and THE NEW YORK CITY AND VICINITY CARPENTERS LABOR MANAGEMENT COOPERATION FUND, by MICHAEL J. FORDE and PAUL O'BRIEN, as TRUSTEES, and MICHAEL J. FORDE, as EXECUTIVE SECRETARY-TREASURER, DISTRICT COUNCIL FOR NEW YORK CITY AND VICINITY, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,

08 CV 131 (WHP)
ECF CASE

**DEFAULT JUDGMENT**

Plaintiffs,

-against-

ROSSELLI CARPET SVS, INC.,

Defendant.
----------------------------------------------------------------X

This action having been commenced on January 7, 2008 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant Rosselli Carpet Svs, Inc. on January 11, 2008 by delivering two (2) true copies of the same to the Secretary of the State of New York, pursuant to Section 306(b) of New York Business Corporation Law, and a proof of service having been filed on January 18, 2008 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on February 21, 2008, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendant, pursuant to the arbitration award, in the liquidated amount of $3,350.00, representing costs and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action in the amount of $1,622.50 for a total of $4,972.50 and that Rosselli Carpet Svs, Inc. and its officers are ordered to produce any and all books and records relating to Rosselli Carpet Svs, Inc. for the period of October 27, 2005 through November 7, 2007.

Dated: March 7, 2008
New York, New York

Honorable William H. Pauley
United States District Judge

This document was entered on the docket on _____.